# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
SEP 14 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. **17MJ3363**
Information associated with Facebook user IDs that is )
stored at premises controlled by Facebook Inc., 1601 )
Willow Road, Menlo Park, CA 94025 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A
(INCORPORATED HEREIN)

located in the   Northern   District of   California  , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B
(INCORPORATED HEREIN)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1591 | Sex trafficking of children by force, fraud, or coercion. |

The application is based on these facts:

SEE AFFIDAVIT OF SPECIAL AGENT JESSICA R. SCHICK

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jessica Schick, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/14/17

*Judge's signature*

City and state: San Diego, CA   Honorable William V. Gallo, U.S. Magistrate Judge
*Printed name and title*

# **ATTACHMENT A**

This warrant applies to information associated with the following Facebook user IDs:

    a. https://facebook.com/profile.php?id=100009864191478
       **(Target ID #1)**

    b. https://www.facebook.com/pgo.bitcxh
       https://facebook.com/profile.php?id=1000014642177150
       **(Target ID #2)**

    c. https://www.facebook.com/denziel.burke.3
       https://facebook.com/profile.php?id=100005179328040
       **(Target ID #3)**

    d. https://www.facebook.com/denziel.burke.5
       https://facebook.com/profile.php?id=100005076401767
       **(Target ID #4)**

    e. htttps://www.facebook.com/ruthless.bwoy.5
       htttps://facebook.com/profile.php?id=1000010393203778
       **(Target ID #5)**

All **Target IDs** are currently stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered at 1601 Willow Road, Menlo Park, CA 94025.

## ATTACHMENT B

I. <u>Service of Warrant</u>

The officer executing the warrant shall permit Facebook, as custodian of the computer files described in Section II below, to locate the files relevant to attachment A and copy them onto removable electronic storage media and deliver the same to the officer or agent.

II. <u>Information to be disclosed by Facebook</u>

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

All "check ins" and other location information;

//

All IP logs, including all records of the IP addresses that logged into the account;

All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

All information about the Facebook pages that the account is or was a "fan" of;

All past and present lists of friends created by the account;

All records of Facebook searches performed by the account;

All information about the user's access and use of Facebook Marketplace;

The types of service utilized by the user;

The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

III. Information to be seized by the government

The search of the data supplied by Facebook pursuant to this warrant will be conducted by the FBI as provided in the "Procedures for Electronically Stored Information" section of the affidavit submitted in support of this search warrant and will be limited to the period of August 10, 2016 to August 11, 2017, and to the seizure of:

Communications, records, and attachments tending to discuss or establish the user of the account is engaged in sex trafficking in violation of 18 U.S.C. § 1591;

Communications, records, and attachments that provide context to any communications described above, such as messages sent or received in temporal proximity to any relevant activity on the account;

2

Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

Communications, records, and attachments tending to identify the owner of the Facebook account, and any co-conspirators involved in sex trafficking in violation of 18 U.S.C. § 1591,

Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

**Which are evidence of violation of Title 18, United States Code, Section 1591.**

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Jessica R. Schick, Special Agent (SA), Federal Bureau of Investigation (FBI), being duly sworn, hereby state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application for a search warrant for information associated with certain Facebook user IDs that are stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. As described further in Attachment A, this request is made to search the following Facebook user IDs ("**Target IDs**"):

    a. https://facebook.com/profile.php?id=100009864191478
       (**Target ID #1**)

    b. https://www.facebook.com/pgo.bitcxh
       https://facebook.com/profile.php?id=100001464217750
       (**Target ID #2**)

    c. https://www.facebook.com/denziel.burke.3
       https://facebook.com/profile.php?id=100005179328040
       (**Target ID #3**)

    d. https://www.facebook.com/denziel.burke.5
       https://facebook.com/profile.php?id=100005076401767
       (**Target ID #4**)

    e. https://www.facebook.com/ruthless.bwoy.5
       https://facebook.com/profile.php?id=100001039320378
       (**Target ID #5**)

from August 10, 2016 to August 11, 2017 for items that constitute, evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1591, as described in Attachment B. This affidavit is made in support of an application for a search warrant under 18

U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook, to disclose to the government, records and other information in its possession, pertaining to the subscriber or customer associated with the **Target IDs**.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1591 have been committed by Denziel BURKE ("BURKE"). There is also probable cause to believe that a search of the **Target IDs** as described in Attachment A will produce evidence and constitute instrumentalities of the aforementioned crime, as described in Attachment B.

3. The information set forth in this affidavit is based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of obtaining a search warrant for the **Target IDs**, it does not set forth each and every fact that I or others have learned during the course of this investigation, but only contains those facts believed to be necessary to establish probable cause.

## BACKGROUND INFORMATION ON FACEBOOK

4. Facebook is a corporation that owns and provides a free-access online social networking service and is headquartered in Menlo Park, California. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

5. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This

information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

6. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

7. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

8. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can

also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

9. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

10. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

11. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

12. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

13. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

14. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

15. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services.

16. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

17. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

18. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the

5

Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

19. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

20. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

21. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of

contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

## EXPERIENCE AND TRAINING

22. I am a SA for the FBI. I have been a SA since January 2017. I am currently assigned to the Child Exploitation Task Force of the San Diego Field Office, where I assist in the investigation of crimes concerning child exploitation and human trafficking. I have been employed by the FBI since January of 2009 and have served in several different support roles. Prior to working for the FBI, I worked for the National Center for Missing and Exploited Children (NCMEC.)

23. My experience as an FBI Agent has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of cellular telephones and other electronic devices.

24. Through my training, experience, and consultation with other law enforcement officers, I have learned that:

　　a.　Individuals involved in illicit commercial sex maintain records, including electronic files, related to their illicit business on computers and computer servers hosting internet applications such as electronic mail (email) and personal social networking web pages;

　　b.　Individuals involved in illicit commercial sex often solicit clients through electronic advertisements and other media, such as Craigslist, Backpage.com, and other social media sites;

7

c. Individuals involved in illicit commercial sex maintain records of correspondence relating to client contact information as well as travel and lodging arrangements involved in such illegal activity;

d. Individuals involved in illicit commercial sex maintain documents and files containing names of associates and/or coconspirators involved in prostitution;

e. Individuals involved in illicit commercial sex maintain financial records, bank statements, money orders, money order receipts, and cash that are evidence of payments made in conjunction with prostitution;

f. Individuals involved in illicit commercial sex use social media sites like Facebook to find clients and prostitutes. They use Facebook messaging applications to communicate with prostitutes and customers to increase their mobility and coordinate illicit activities. Individuals involved in illicit commercial sex will use multiple social media accounts in order to maintain contact with other pimps, prostitutes, complicit businesses, and clients. These social media accounts contain electronic data concerning instant messaging, electronic mail and social media addresses of co-conspirators and clients, as well as contact information for co-conspirators and clients. Individuals involved in illicit commercial sex also utilize social media to store and display, commonly known as posting, photographs, videos, and text of themselves as well as other coconspirators for the purpose of electronic advertising and promotion of prostitution.

g. Individuals involved in illicit commercial sex often drive vehicles, sometimes rented, leased, or registered in the names of other people, to transport themselves and coconspirators, inter and intra state, to pre-arranged meetings with clients to engage in prostitution. These same individuals often get other persons to rent hotel rooms, pay for online postings or other items to avoid detection.

25. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, the evidence of illegal activity described above in paragraphs "a" through "g" is maintained by individuals involved in illicit commercial sex in property that they and their associates live in and operate as well as on online accounts such as Twitter and Facebook as well as email accounts, which can be accessed on computers and cellular telephones.

## FACTS IN SUPPORT OF PROBABLE CAUSE

26. On August 7, 2017, the San Diego Police Department ("SDPD") received a report of a 14 year-old runaway minor female (hereinafter, "Minor Female," or "MF"). SDPD Detective Adam Wells, interviewed MF's mother, who reported that MF had not returned home in time for her curfew at 6:00 p.m. on August 6, 2017.

27. In an effort to locate MF, her mother reviewed MF's Facebook account, **Target ID #1**, on MF's iPad mini. MF's mother read Facebook Messenger chats between MF and an individual identified by the Facebook ID "PGo Bitcxh," **Target ID #2**. [Agent Note: An internet search of Urban Dictionary describes the meaning of "pgo" to be that of "pimping going on."]. MF's mother noted that MF sent photographs of herself in her underwear to the "PGo Bitcxh" via Facebook Messenger. MF's mother also reviewed MF's emails and found communications with Backpage.com. MF's mother then reviewed ads on Backpage.com, and found one bearing the same photographs that MF had sent to "PGo Bitcxh." The ad was located in dating section for "women seeking men" in the San Diego area. The ad indicated the person depicted (MF) was "19," "Soft And Smooth Skin Super Cute Face To Match My Sexy Body. Independent, 1000% Real Pictures," "Sweet & Sexy, You'll Love Me, VERY Friendly & VERY Clean, HONEST & DISCREET," and "I Will Keep You Warm With My Hotness." The ad indicated MF could be contacted at telephone numbers ending in -8832 or -0962. MF's mother identified

1 the -8832 as the telephone number associated with her mobile phone, which she
2 allows MF to use.

3     28.    MF's mother used **Target ID #1** to contact **Target ID #2** via Facebook
4 Messenger. MF's mother informed **Target ID #2** that MF was only 14 years-old,
5 and asked that he send her back home. **Target ID #2** answered that MF told him she
6 had already texted her mother. MF's mother informed **Target ID #2** that she had not
7 heard from MF and was "sick to my stomach."

8     29.    On August 7, 2017, MF's mother contacted **Target ID #2** via Facebook
9 Messenger from her own Facebook account. She again asked **Target ID #2** for MF's
10 location and added that her "heart is broken." **Target ID #2** responded that MF was
11 at her friend's house, but MF's mother explained that MF's friend said MF had never
12 arrived. MF's mother again told **Target ID #2** that MF was only 14 years-old and
13 that she would be contacting the police. **Target ID #2** did not respond.

14     30.    Upon reviewing MF's Facebook account, MF's mother found
15 references to a "Patrick." After asking some of MF's Facebook friends about
16 "Patrick," one of MF's friends identified the person as having the last name "Burke,"
17 and a possible brother of **Target ID #2.** Upon reviewing law enforcement databases
18 and prior police contacts, officers identified "Denziel Burke." Using a California
19 driver's license photo of Denziel Burke, Detective Wells compared the DMV photo
20 to "selfie" photos from **Target ID #2** Facebook account and made a positive match.
21 Detective Wells also found photos of a white Chevrolet Camaro with red racing
22 stripes down the middle, on BURKE's **Target ID #2** Facebook account. Detective
23 Wells conducted a records' check and located a 2010 Chevrolet Coupe with
24 California license plates 7XNX532 registered in BURKE's name.

25     31.    On August 7, 2017, at approximately 10:46 p.m., Detective Wells
26 texted to the -0962 telephone number asking, "U still doing dates? . . . Donation for
27 hour????" At 10:52 p.m., Detective Wells received a response; "Yes 120 hour."

10

[Agent Note: This exchange is language a customer, known in the prostitution and sex trafficking industry as a "john" or a "client" asking for the price of a sex act. Prices, often referred to as "donations," are often set as either an individual act or acts or amount of time negotiated between the two people.] Detective Wells attempted to arrange a "car date" with the recipient, but after several text messages, the recipient stopped responding.

32. On August 8, 2017, at approximately 8:52 a.m. hours, SDPD officers received new texts from the -0962 number. At approximately 12:56 p.m., SDPD Detective D. Dierdorff, continued to communicate and arranged via text messaging to meet the recipient at a motel in the Mission Valley area of San Diego. The "date" was for an hour and $120.

33. Police officers observed a white Chevrolet Camaro with red racing stripes arrive at the motel location. National City Police Department Detective Dennis Josse observed MF exit the vehicle's passenger side door and walk to the motel. Officers observed the Camaro drive and park across the street from the motel.

34. At approximately 1:36 p.m., Detective Dierdorff received a text from -0962 that she had arrived at the motel. Detective Dierdorff responded with his motel room number. MF entered the motel room and negotiated a commercial sex act in exchange for money. MF accepted the money and produced a condom.

35. Upon receiving a signal to contact the driver of the white Camaro, Detective Josse moved near the driver, who he positively identified as Denziel BURKE. BURKE ignored police commands and evaded law enforcement contact, driving away at a high rate of speed. Shortly after evading police contact, the "PGo Bitcxh" Facebook account was deleted.

36. MF told detectives that she met the person who dropped her off at the motel about a year ago through Facebook. She confirmed that the Facebook profile of **Target ID #2** belonged to the person who dropped her off. She initially claimed

11

that she did not know the driver's name, but confirmed at the end of the interview that the person who dropped her off had the first name of "Denziel."

37. Detective Wells conducted open source internet checks looking for related Facebook accounts or other evidence that BURKE was acting as a pimp/human trafficker. MF's mother stated that she thought she had located a different Facebook account, **Target ID #5**, which belonged to BURKE. Detective Wells located **Target ID #5** and discovered photographs on the **Target ID #5** account of BURKE that matched photos found on the **Target ID #2** account. Detective Wells also identified **Target ID #1** listed in the friends list for **Target ID #5**, which indicates that the **Target ID #5** account owner is friends with MF.

38. Two days later, on August 10, 2017, BURKE was located by U.S. Marshals and arrested in public at a parking lot located at 1059 Broadway in El Cajon. BURKE's grandmother was located in the same parking lot driving BURKE's Camaro. BURKE was driving his grandmother's Toyota Corolla, with BURKE's uncle as the right front passenger.

39. Detective Wells interviewed BURKE incident to his arrest. He asked BURKE about the name of his Facebook account and BURKE stated that the account bore his name, "Denziel BURKE." Detective Wells discovered two Denziel Burke accounts when he searched Facebook. BURKE confirmed that **Target ID #3** was his account. Detective Wells examined **Target ID #4**; the other account associated with his search for Denziel BURKE, and discovered photographs of BURKE on that account.

40. Based on my training and experience, and consultation with law enforcement agents who have training and experience investigating sex trafficking offenses, I know that individuals will often utilize multiple social media accounts to communicate with customers and individuals involved in prostitution. Similarly, multiple social media accounts are commonly used to make contact with minors to

12

persuade and induce them into engaging in sex trafficking by communicating using Facebook as described above. Based on the facts of this case, I believe that evidence of sex trafficking crimes may be found on all of the **Target IDs**. Additionally, the search of the **Target IDs** may also identify the owner of the **Target IDs**.

## PROCEDURES FOR ELECTRONICALLY STORED INFORMATION

41. Federal agents and investigative support personnel are trained and experienced in identifying communications relevant to the crimes under investigation. The personnel of Facebook are not. It would be inappropriate and impractical for federal agents to search the vast computer network of Facebook for the relevant accounts and then to analyze the contents of those accounts on the premises of Facebook. The impact on Facebook's business would be severe.

42. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section II of Attachment B. Upon receipt of the information described in Section II of Attachment B, government-authorized persons will review that information to locate the items described in Section III of Attachment B.

43. Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained. The personnel conducting the segregation and extraction of data will complete the analysis and provide the data authorized by this warrant to the investigating team within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

13

44. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic communications that identify any users of the subject account(s) and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

45. All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification, segregation and extraction of data within the scope of this warrant.

## GENUINE RISK OF DESTRUCTION OF EVIDENCE

46. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills. In this case, a preservation requests were sent to Facebook on September 7 and 8, 2017, ordering the preservation of data associated with the **Target IDs**.

## PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE

47. The FBI submitted a subpoena to Facebook on September 8, 2017. Facebook responded to the subpoena by returning Facebook account names, ID numbers, and registration dates, but did not return any content nor did they provide the true names of any of the owners of the **Target IDs**.

//
//
//
//
//
//
//
//

14

## CONCLUSION

48. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence, fruits, and instrumentalities of violation of 18 U.S.C. § 1591 are likely to be found in the property to be searched described in Attachment A (incorporated herein). I therefore respectfully request that this Court issue warrants authorizing me, an FBI Special Agent, or another federal law enforcement agent specially trained in digital evidence recovery, to search the items described in Attachment A and seize the evidence listed in Attachment B.

Jessica R. Schick
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this \_\_\_14\_\_\_ day of September 2017.

HONORABLE WILLIAM V. GALLO
United States Magistrate Judge

15